STEPHEN E. DONAHUE (SD-5100)
WILLIAM P. HICKS (not admitted in SDNY)
MARK ERIC HARRISON (not admitted in SDNY)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Atlanta Regional Office
3475 Lenox Rd., N.E., Suite 500
Atlanta, Georgia 30326-1232
(404) 842-7675


JASON R. GETTINGER (JG-5895)
Local Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 4300
New York, N.Y. 10281-1022
(212) 336-0076


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| vs. | : 07-CIV-8394-GBD |
| GREGG ASHLEY SMITH and ELLIOT JOEL SMITH, | : |
| Defendants. | : |

## NOTICE OF FILING OF RETURNS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission filed Returns of Service with the U. S. District Court for the Southern District of New York for the following:

>Gregg Ashley Smith
>c/o Michael J. Missal, Esq.
>Kirkpatrick Lockhart Nicholson Graham LLP
>1601 K Street, N. W.
>Washington, DC  20006
>
>and
>
>Elliot Joel Smith
>c/o Seth Levine
>Foley & Lardner LLP
>90 Park Avenue
>New York, NY  10016

October 4, 2007

Respectfully submitted,

/s/ Stephen E. Donahue
Stephen E. Donahue (SD-5100)
William P. Hicks (not admitted in SDNY)
Mark Eric Harrison (not admitted in SDNY)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Atlanta Regional Office
3475 Lenox Road, N. E., Suite 500
Atlanta, Georgia  30326-1232
Tel. (404) 842-7675

Jason R. Gettinger (JG-5895)
Local Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 4300
New York, N. Y. 10281-1022
(212) 336-0076

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been uploaded this 4th day of October, 2007, to the Court's CM/ECF system.

A copy of this Notice will be sent by U. S. mail to the following:

Michael J. Missal, Esq.
Kilpatrick Lockhart Nicholson Graham LLP
1601 K St., N. W.
Washington, DC  20006

Seth Levine, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016

This 4th day of October, 2007.

/s/ Stephen E. Donahue
Stephen E. Donahue
Counsel for Plaintiff