JUDGE DANIELS

RECEIVED SEP 2 8 2007 BY:_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Securities and Exchange Commission

**SUMMONS IN A CIVIL ACTION**

V.

Gregg Ashley Smith and Elliot Joel Smith

CASE NUMBER:

**07 CIV 8394**

TO: (Name and address of Defendant)

Elliot Joel Smith
c/o Seth Levine
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William P. Hicks, Esq.
Securities and Exchange Commission
3475 Lenox Road, N. E.
Suite 1000
Atlanta, GA 30326-1232

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**          SEP 2 7 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-3-2007 |
| NAME OF SERVER (PRINT) Myra M. Kucera | TITLE Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served c/o counsel by Fed-Ex

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/3/2007
          Date          Signature of Server

Securities + Exchange Commission
3475 Lenox Rd, NE, Suite 1000
Atlanta, GA 30326-1232
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

J. MICHAEL McMAHON